UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

NEWBANK,

                          Plaintiff,

         -against-

FIG TREE MARKET LLC, EAST WINDSOR FARM,
INC., and DAVID OH,

                          Defendants.
------------------------------------------------------------------ X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 21 2019 ★

**BROOKLYN OFFICE**

Civil Action No. 19-CV-1855

~~PROPOSED FORM OF~~
**DEFAULT JUDGMENT**

WHEREAS Plaintiff NewBank ("NewBank") commenced the above-captioned action with the filing of its Complaint on or about April 1, 2019; and

WHEREAS the Complaint seeks $911,313.45 in money damages, together with attorneys' fees and pre- and post-judgment interest, against Fig Tree Market LLC ("Fig Tree"); and

WHEREAS Fig Tree failed to answer or otherwise move with respect to the Complaint; and

WHEREAS the Clerk of Court noted Fig Tree's default by Certificate of Default dated May 14, 2019; and

WHEREAS NewBank moved the Court for a default judgment against Fig Tree; and

WHEREAS, by order dated _June 20_____, 2019, the Court granted NewBank's motion for a default judgment against Fig Tree.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff NewBank shall have judgment against Defendant Fig Tree Market LLC in the amount of $911,313.45, together with $_6,423.92_____ in attorneys' fees and

$ _22,695.45_ in pre-judgment interest, for a total judgment amount of *JBW*

$ _~~then $~~940,432.82.

Dated: Brooklyn, New York
_June 20_ , 2019

Jack B. Weinstein, U.S.D.J.

4254859